PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Dec 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: <br><br> A BLACK SMARTPHONE CURRENTLY STORED WITH THE PROPERTY OF INMATE 81040 LOCATED AT SUTTER COUNTY JAIL, 1077 CIVIC CENTER BLVD., YUBA CITY, CA 95993 | CASE NO: 2:21-SW-0219-KJN <br><br> ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: December 2, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL SEARCH WARRANTS